# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>JOSHUA ANDREW MILIARESIS<br><br>_Defendant(s)_ | )<br>)<br>)  Case No. 1:19-mj-336<br>)<br>)<br>) |

JUL 2 4 2019

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __2017 to present__ in the county of __Fairfax County__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § § 841(a)(1), 846 | Conspiracy to distribute and possess with the intent to distribute at least 1,000 marijuana plants, a Schedule I controlled substance. |

This criminal complaint is based on these facts:
Please see the attached Affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
AUSA Carina A. Cuellar

_Complainant's signature_

FBI Special Agent, Bridgit DePietto
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 07/24/2019

/s/
Michael S. Nachmanoff
United States Magistrate Judge
_Judge's signature_

City and state: Alexandria, Virginia

Hon. Michael S. Nachmanoff, U.S. Magistrate Judge
_Printed name and title_