# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:**

☐ Under Seal

**Judge Assigned:**

City: 
Superseding Indictment: 
**Criminal No.**

County: Fairfax County
Same Defendant: 
New Defendant: X

Magistrate Judge Case No. 19-MJ-336
**Arraignment Date:**

Search Warrant Case No. 
R. 20/R. 40 From:

**Defendant Information:**

**Defendant Name:** JOSHUA ANDREW MILIARESIS  Alias(es):  ☐ Juvenile  FBI No. 398107PB8

**Address:** Hayfork, California

Employment: Unemployed

**Birth Date:** 1978  **SSN:**  **Sex:** Male  **Race:** White  **Nationality:**

**Place of Birth:** California  Height: 6'2"  Weight: 305  Hair: Brown  Eyes: Brown  Scars/Tattoos:

☐ Interpreter  **Language/Dialect:**  Auto Description:

**Location/Status:**

**Arrest Date:** Jul 24, 2019  ☒ Already in Federal Custody as of: Jul 24, 2019  in: Northern California

☐ Already in State Custody  ☐ On Pretrial Release  ☐ Not in Custody

☐ Arrest Warrant Requested  ☐ Fugitive  ☐ Summons Requested

☐ Arrest Warrant Pending  ☒ Detention Sought  ☐ Bond

**Defense Counsel Information:**

**Name:**  ☐ Court Appointed  Counsel Conflicts: See list.

Address:  ☐ Retained

Phone:  ☐ Public Defender  ☒ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** Carina A. Cuellar  **Phone:** 703-299-3800  Bar No.

**Complainant Agency - Address & Phone No. or Person & Title:**

FBI SA Bridgit Depietto

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 21 U.S.C. § 841, 846 | Consp 1,000 marijuana plants | 1 | Felony |
| Set 2: |  |  |  |  |
| **Date:** | 7/24/2019 | **AUSA Signature:** | [signature] | *may be continued on reverse* |

**District Court Case Number (to be filled by deputy clerk):** ⬜

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | | | | |
| Set 4: | | | | |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

[ Print Form ]    [ Reset Form ]